COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Ronnie Dustin Harrison v. The State of Texas

Appellate case number:      01-13-00960-CR

Trial court case number:    1302555

Trial court:                178th District Court of Harris County

On September 22, 2014, appellee, The State of Texas, filed a "Motion to Seal or Strike Appellant's Brief," asserting that the brief of appellant, Ronnie Dustin Harrison, discloses the name of a sexual assault victim under the age of 17. *See* TEX. CODE CRIM. PROC. ANN. art. 57.02(h) (West Supp. 2014).

We grant the motion in part and STRIKE Appellant's Brief, filed on August 21, 2014, and ORDER appellant to file a corrected brief that does not disclose the victim's name or other identifying information. *See* TEX. CODE CRIM. PROC. ANN. art. 57.02(h) (West Supp. 2014). Appellant's corrected brief is due to be filed with this Court within 14 days of the date of this order.

The striking of appellant's brief and the filing of appellant's corrected brief does not modify any deadlines in this appeal.

It is so ORDERED.


Judge's signature:          /s/ Jim Sharp

                            ☑ Acting individually     ☐ Acting for the Court


Date:  September 23, 2014